**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MIRACON TECHNOLOGIES, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:15-cv-0015 |
| vs. | § | |
| | § | |
| CRH, PLC,<br>OLDCASTLE, INC.,<br>OLDCASTLE MATERIALS, INC.,<br>STAKER & PARSON COMPANIES d/b/a<br>JACK B. PARSON COMPANIES,<br>LONNIE JAMES GRAY<br>DOUGLAS BEDINGFIELD<br>and W. R. GRACE & CO. - CONN. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Plaintiff Miracon Technologies, LLC ("Plaintiff") respectfully requests Aarika K. McCloskey be withdrawn as counsel in the above-captioned case. The law firm of Spangler Law P.C. will continue to represent Plaintiff.

Plaintiff has conferred with counsel for Defendants in this action, who do not oppose the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion to Withdraw as Counsel Aarika K. McCloskey and for such other and further relief to which Plaintiff may be justly entitled. Additionally, Plaintiff requests that Aarika K. McCloskey no longer receive CM/ECF notices.

Dated: May 13, 2015

Respectfully submitted,

By: */s/ Aarika K. McCloskey*

Andrew W. Spangler
State Bar No. 24041960
Aarika K. McCloskey
State Bar No. 24088766
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
spangler@spanglerlawpc.com
aarika@spanglerlawpc.com

*ATTORNEYS FOR PLAINTIFF*
*MIRACON TECHNOLOGIES, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of May, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Aarika K. McCloskey*
Aarika K. McCloskey

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7, I certify that I conferred with all counsel of record via e-mail on May 12, 2015, regarding the subject matter of this Motion. There was no opposition to the above Motion.

*/s/ Aarika K. McCloskey*
Aarika K. McCloskey