**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MIRACON TECHNOLOGIES, LLC** | § | **Civil Action No.: 2:15-cv-00015-RWS** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **CRH, PLC,** | § | |
| **OLDCASTLE, INC.,** | § | |
| **OLDCASTLE MATERIALS, INC.,** | § | |
| **STAKER & PARSON COMPANIES d/b/a** | § | |
| **JACK B. PARSON COMPANIES,** | § | |
| **LONNIE JAMES GRAY,** | § | |
| **and DOUGLAS BEDINGFIELD** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **JURY TRIAL DEMANDED** |

---

**PLAINTIFF MIRACON TECHNOLOGIES, LLC'S**
**OPPOSED MOTION TO WITHDRAW AS COUNSEL**
**ROBERT P. ANDRIS, MICHAEL D. KANACH, AND JOSHUA P. MARTIN**
**OF THE LAW FIRM GORDON REES SCULLY MANSUKHANI, LLP**

---

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD attorneys Robert P. Andris ("Mr. Andris"), Michael D. Kanach ("Mr. Kanach"), and Joshua P. Martin ("Mr. Martin") of the law firm Gordon Rees Scully Mansukhani, LLP (collectively "G&R Attorneys") no longer represent Plaintiff MIRACON TECHNOLOGIES, LLC ("Plaintiff") in the aforementioned case, and thus seek to withdraw as counsel of record for Plaintiff.

Plaintiff requests that the aforementioned G&R Attorneys be removed from all applicable service lists, including for Notices of Electronic Filing ("ECF"). All other counsel of record for Plaintiff remain unchanged. Specifically, Katarzyna Brozynski, Craig Duewall, and Sorana Ban, of the law firm Shannon, Gracey, Ratliff & Miller LLP, and Andrew Spangler, of Spangler Law P.C., will continue to represent Plaintiff and do not oppose this motion.

Plaintiff has conferred with counsel for Defendants in this action, who oppose the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this opposed Motion to Withdraw as Counsel attorneys Robert P. Andris, Michael D. Kanach, and Joshua P. Martin.

Dated: August 14, 2015

Respectfully submitted,

**GORDON & REES LLP**

By: *_/s/ Joshua P. Martin_*

**JOSHUA P. MARTIN**
Texas Bar No. 24037030
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: 214.231.4660
Facsimile: 214.461.4053
Jmartin@gordonrees.com

**ROBERT P. ANDRIS**
California Bar No. 130290
(*Pro Hac Admitted*)
**MICHAEL D. KANACH**
(*Pro Hac Admitted*)
California Bar No. 271215

275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054
randris@gordonrees.com
mkanach@gordonrees.com

*Attorneys for Plaintiff,*
**MIRACON TECHNOLOGIES, LLC**

Respectfully submitted,

**SPANGLER LAW, P.C.**

**ANDREW W. SPANGLER**
Texas Bar No. 24041960
**AARIKA K. MCCLOSKEY**
Texas Bar No. 24088766
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903.753.9300
Facsimile: 903.553.0403
spangler@spanglerlawpc.com
aarika@spanglerlawpc.com
*Local Counsel for Plaintiff,*
**MIRACON TECHNOLOGIES, LLC**

CERTIFICATE OF SERVICE

I hereby certify that on this **14th** day of August, 2015, I electronically filed the foregoing pleading with the clerk of the Court using the CM/ECF system, and a true and correct copy of the foregoing pleading was forwarded by electronic CM/ECF notification to the attorneys for parties at the addresses listed in the following Service List.

**Please see attached SERVICE LIST**

GORDON & REES LLP

By: ***/s/ Kibibi Shaw***
Kibibi Shaw

**CERTIFICATE OF CONFERENCE**

This is to certify that I have conferred with counsel for Defendants regarding the relief requested in this motion, in compliance with the meet and confer requirements in Local Rule CV-7, and have been advised that the motion is opposed.

Dated: August 13, 2015

GORDON & REES LLP

By: ***/s/ Michael Kanach***
Michael D. Kanach

**SERVICE LIST**

Kasia Brozynski, Esq.
Sorana G. Ban, Esq.
SHANNON, GRACEY,
RATLIFF & MILLER LLP.
901 Main Street, Suite 4600
Dallas, Texas 75202
Main: 214-245-3090
Fax: 214-245-3097
Email: KBrozynski@shannongracey.com
Emails: SBan@shannongracey.com

*Counsel for Plaintiff,*
**MIRACON TECHNOLOGIES, LLC**

George L. Murphy , Jr, Esq.
Mitchell G. Stockwell, Esq.
KILPATRICK TOWNSEND
& STOCKTON LLP - ATLANTA
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4530
404-815-6500
404-815-6378 direct
Fax: 404-541-3315
Email: GMurphy@kilpatricktownsend.com
Email: mstockwell@kilpatricktownsend.com

*Counsel for Defendants,*
**CRH, PLC;**
**OLDCASTLE, INC.**;
**OLDCASTLE MATERIALS, INC.**;
**STAKER & PARSON COMPANIES**
**D/B/A JACK B. PARSON COMPANIES**;
**LONNIE JAMES GRAY**; and
**DOUGLAS BEDINGFIELD**

William Joseph Cornelius, Jr., Esq.
Jennifer Parker Ainsworth, Esq.
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
903-509-5000
903-509-5001 direct
903-509-5091 fax
Email: jainsworth@wilsonlawfirm.com
Email: wc@wilsonlawfirm.com

*Co-Counsel for Defendants,*
**CRH, PLC;**
**OLDCASTLE, INC.**;
**OLDCASTLE MATERIALS, INC.**;
**STAKER & PARSON COMPANIES**
**D/B/A JACK B. PARSON COMPANIES**;
**LONNIE JAMES GRAY**; and
**DOUGLAS BEDINGFIELD**